## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VAISIDDIN FAIZUELOEV                    :
                                        :        **CIVIL ACTION**
         v.                             :        **No. 26-2003**
                                        :
JAMAL L. JAMISON *et al*                :

### ORDER

This 27th day of March, 2026, after initial review of Petitioner Vaisiddin Faizuloev's

Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1.  Respondents are **ENJOINED** from taking any action that would result in the removal

    of Petitioner from within the boundaries of the Eastern District of Pennsylvania,

    pending further Order of this Court.

2.  Respondents shall file any response to the Petition on the ECF filing system no later

    than **12:00 p.m.** on Wednesday, **April 1, 2026**.


                                         /s/ Gerald Austin McHugh
                                        United States District Judge